UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 23, 2009**

Ms. Mary Alice Moore
357 Chickadee Lane
Lugoff, SC 29078

     Re:   *Moore v. Wyeth*, 4:08-CV-02966
           Motion to Withdraw as Counsel

Dear Ms. Moore:

Enclosed is a copy of your lawyers' Motion to Withdraw as counsel of record. I plan to grant this motion.

You should try to retain another lawyer. If you do not, you can represent yourself if you want to continue the lawsuit, but, if you do represent yourself, you will be required to follow the rules that lawyers are required to follow, including the local rules of the Eastern District of Arkansas.

It is usually very difficult for a non-lawyer to represent herself or himself, particularly in a complicated case such as this.

You or your new lawyer, if you retain one, should send me a letter indicating that you intend to proceed with your case, by 5 p.m., Monday, July 6, 2009. If I do not hear from you by then, I will dismiss your case.

                                              Cordially,

                                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Counsel of Record